AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

DONALD OLIVER BROWNE

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ03-M-244 JLA

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 13, 2003__ in __Suffolk__ county, in the District of __MASSACHUSETTS__ defendant(s) did, (Track Statutory Language of Offense)

knowingly subscribe as true, false statements with respect to material facts in a document required by the immigration laws and regulations thereunder: to wit: did, on an Immigration Form I-94W entry/exit document falsely answer that he had not previously been convicted of two or more offenses carrying an aggregate sentence of confinement of five years or more; and did present such document to an inspector with Customs and Border Protection, an agency of the Department of Homeland Security,

in violation of Title __18__ United States Code, Section(s) __1546(a)__.

I further state that I am a(n) __special agent,__ and that this complaint is based on the following
Official Title
facts: Immigration and Customs Enforcement

see attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant
GREGORY C. NEVANO

Sworn to before me and subscribed in my presence,

11-14-2003 _____ at _____ BOSTON, MASSACHUSETTS
Date                                                                                  City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE _____
Name & Title of Judicial Officer          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT OF SENIOR SPECIAL AGENT GREGORY C. NEVANO

I, Gregory C. Nevano, having been duly sworn, do hereby dispose and state as follow:

1. I am a Special Agent with the Bureau of Immigration and Customs Enforcement (ICE), formally the Immigration and Naturalization Service ("INS"). I have been employed with ICE and its predecessor agency, INS, since 1991. My duties include the detection and apprehension of aliens who are in the United States unlawfully. This includes investigation of persons who have attempted entry into the United States by fraud or misrepresentation.

2. I make this affidavit in support of a criminal complaint against an individual named Donald Oliver BROWNE, charging him with Fraud and Misuse of Visas, Permits, and Other Documents, in violation of Title 18, United States Code, Section 1546(a).

3. The information set forth in this affidavit is based on my own investigation, and my review of ICE records, as well as information provided by other law enforcement officials.

4. BROWNE is a native and citizen of Ireland who was born in Derry, Northern Ireland on or about September 21, 1959. On or about November 13, 2003, BROWNE arrived at Logan International Airport in Boston, MA aboard British Airways flight 215 from London, England.

5. On or about November 13, 2003, following his arrival at Logan International Airport, BROWNE applied for admission into the United States as a visitor for pleasure under the Visa Waiver Pilot Program, Section 217 of the Immigration and Nationality Act, as amended. BROWNE presented to Inspector Dana JARABEK of the Bureau of Customs and Border Protection (BCBP), an Irish passport (#T334124) bearing the

1

name of Donald Oliver BROWNE, and an I-94W Nonimmigrant Visa Waiver Arrival/Departure Form (#01407345611) bearing the same name.

6. On or about November 13, 2003, BCBP Inspector JARABEK entered BROWNE's biographical information into the Interagency Border Inspection System (IBIS), resulting in a positive match in the National Automated Information Lookout System (NAILS) under lookout record #BRO092159000. The NAILS lookout identified BROWNE as being Armed and Dangerous and directed the inquiring inspector to immediately contact the National Targeting Unit. BROWNE was referred to a secondary inspection for further questioning and resolution of the NAILS lookout.

7. On or about November 13, 2003, BCBP Senior Inspector (SRI) Robert MINARD was on duty and assigned to secondary inspections. SRI MINARD examined the documents presented by BROWNE and determined that the Irish passport #T334124 appeared to be valid. SRI MINARD also reviewed the biographical information provided on the Form I-94W as well as the answered questions on the reverse of this form.

8. On or about November 13, 2003, SRI MINARD received a facsimile transmission from the United States Department of State, which contained unclassified information from the American Consulate in Belfast, Ireland. The facsimile indicated that BROWNE was convicted and sentenced on April 24, 1986 for Murder (life imprisonment), Hijacking (ten years), Membership in the Provisional Irish Republican Army (PIRA) (ten years), and Possession of Firearms (14 years). The American Consulate in Belfast, Ireland also reported that BROWNE was released on life license, but could not provide a release date.

9. Question (B) on the reverse side of form I-94 asks the applicant for admission, "Have you ever been arrested or convicted for an offense or crime involving moral turpitude or a violation related to a controlled substance; or been arrested or convicted for two or more offenses for which the aggregate sentence to confinement was five years or more; or been a controlled substance trafficker; or are you seeking to engage in criminal or immoral activities?" BROWNE knowingly checked the "NO" box in response to question (B).

10. On or about November 13, 2003, BROWNE completed form I-94W and certified by his signature that he read and understood all the questions and statements on this form. BROWNE also affirmed by his signature that all the answers he furnished were true and correct to the best of his knowledge and belief.

11. On or about November 13, 2003 at 2200 hours, BROWNE was provided his Miranda Warning by ICE Supervisory Special (SSA) Agent Kevin W. Jarvis and placed under arrest for violations of Title 18 United States Code Section 1546 and Title 18 United States Code Section 1001. BROWNE refused to sign his Miranda Warning or to answer any questions.

12. Based on the foregoing, I believe that probable cause exists that BROWNE knowingly made false statements with respect to a material fact in an application, affidavit, or other document required by the immigration laws or regulations in violation of Title 18 United States Code, Section 1546(a).

Gregory C. Nevano
Senior Special Agent
ICE Boston, MA

3

Subscribed and sworn to before me this 14th day of November 2003.

                                                          JOYCE LONDON ALEXANDER  
                                                          United States Magistrate Judge

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **I.C.E./J.T.T.F**

City   **Boston**   **Related Case Information:**

County   **Suffolk**   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Donald Oliver BROWNE**   Juvenile   ☐ Yes   ☒ No

Alias Name   **N/A**

Address   **19 O'Connor Court, Ballymacgroarty, County Londonderry, NORTHERN IRELAND, UNITED KINGDOM**

Birth date: **1959**   SS#: **None**   Sex: **M**   Race: **Cauc./Non-Hisp.**   Nationality: **Irish**

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   **Gregory Moffatt**   Bar Number if applicable   **559778**

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect:   **English**

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:   **11/13/2003**

☒ Already in Federal Custody as   **immigration detainee**   in   **I.C.E./South Bay Corr. Facility** .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   **11/14/03**   Signature of AUSA: _____

⁂JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Donald Oliver BROWNE

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1546(a) | False Statements on Immigration document | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

JS45.wpd - 3/13/02