CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

U. S. V.S. Donald Browne

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Donald Oliver Browne

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: MJ03-M-244-JLA
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes ☐ No ☑ Am Self-Employed

Name and address of employer:

**IF YES,** how much do you earn per month? $ 380 Per week

**IF NO,** give month and year of last employment
How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☑ No separated

**IF YES,** how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ Not known

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED $ — SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No **IF YES,** state total amount $ 320 X

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT — VALUE — DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: one

List persons you actually support and your relationship to them: Charlie Antonio Browne Age 4

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Rent | $ 285 | $ |
| Utilities | $ | $ |
| | $ 130 Weekly | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 14-11-03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) Don Browne

