AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF Massachusetts _____

**APPEARANCE**

CASE NUMBER: MJ03-M-244 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Donald Brown

Date  11/18/03

Signature  Paul Zerola

Print Name  Paul F. Zerola

Address  205 Portland St.

City  Boston,  State  MA  Zip Code  02114

Phone Number  617-523-1500

FILED
In Open Court
USDC, Mass.
Date  11/18/03
By  [signature]
Deputy Clerk