UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ03-M-244:001 JLA

UNITED STATES OF AMERICA

V.

DONALD OLIVER BROWNE
Defendant

## WAIVER OF RIGHT TO SEPARATE COUNSEL

ALEXANDER, U.S.M.J.

I, _Donald Oliver Browne_, have been advised by U.S. Magistrate Judge Joyce London Alexander of some of the risks confronted where a defendant is represented by a lawyer whose firm also represents other defendants in a related case. I have discussed these risks with my counsel and understand the nature of those risks. I have been further advised by U.S. Magistrate Judge Joyce London Alexander that I have an absolute right to retain separate counsel or, if financially qualified, to have separate counsel appointed by the court and paid for by the government.

Being fully aware of the possible risks and of my right to separate counsel, I nevertheless choose to proceed to be represented by Attorney <u>Paul F. Zerola</u>, whose firm also represents defendants in a related case.

_____
Defendant

11/21/03
Date

_____
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE