```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v.                      ) | VIOLATIONS: |
| )                         | 18 U.S.C. § 1546(a) |
| DONALD OLIVER BROWNE,   ) | Use of a Fraudulent Visa |
| DAVID CARWYN CURTIS and ) | 18 U.S.C. § 2 |
| DAMIEN MARTIN MCCAFFERTY ) | (Aiding and Abetting) |

**03 CR 1035 8 MEL**

INFORMATION

**COUNT ONE:**   **18 U.S.C. § 1546(a) - Use of a Fraudulent Visa**

The United States Attorney charges that:

On or about November 13, 2003, at Boston, in the District of Massachusetts,

DONALD OLIVER BROWNE,

did knowingly subscribe as true false statements with respect to material facts in a document required by the immigration laws and regulations thereunder, to wit: did, on an Immigration Form I-94W entry/exit document, falsely answer that he had not previously been convicted of a crime of moral turpitude or of two or more offenses carrying an aggregate sentence of confinement of five years or more; and did present such document to an inspector with Customs and Border Protection, an agency of the Department of Homeland Security.

All in violation of Title 18, United States Code, section 1546(a).

**COUNT TWO**:       **18 U.S.C. § 1546(a) - Use of a Fraudulent Visa**

The United States Attorney further charges that:

On or about November 13, 2003, at Boston, in the District of Massachusetts,

DAVID CARWYN CURTIS,

did knowingly subscribe as true false statements with respect to material facts in a document required by the immigration laws and regulations thereunder, to wit: did, on an Immigration Form I-94W entry/exit document, falsely answer that he had not previously been convicted of a crime of moral turpitude; and did present such document to an inspector with Customs and Border Protection, an agency of the Department of Homeland Security.

All in violation of Title 18, United States Code, section 1546(a).

**COUNT THREE**:   18 U.S.C. §§ 1546(a); 2 - Use of a Fraudulent Visa; Aiding and Abetting

The United States Attorney further charges that:

On or about November 13, 2003, at Boston, in the District of Massachusetts,

DAMIEN MARTIN MCCAFFERTY,

did aid and abet the knowing subscription as true false statements with respect to material facts in documents required by the immigration laws and regulations thereunder, to wit: did, on Immigration Form I-94W entry/exit documents in the names of DONALD OLIVER BROWNE and DAVID CARWYN CURTIS, fill out false answers that each of those individuals had not previously been convicted of a crime of moral turpitude; and did cause each of DONALD OLIVER BROWNE and DAVID CARWYN CURTIS to sign those documents and present such documents to an inspector with Customs and Border Protection, an agency of the Department of Homeland Security.

All in violation of Title 18, United States Code, sections 1546(a) and 2.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                   By:   _____
                                          GREGORY MOFFATT
                                          Assistant U.S. Attorney
DATED:     November 21, 2003        (617) 748-3370

-4-