≫AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 03CR 10358-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States

Date: 11/24/03

Signature: [signed]

Print Name: Tim U. Oliver

Address: 1301 New York Ave, NW

City: Washington   State: DC   Zip Code: 20530

Phone Number: 202 616 3549